# In the United States Court of Federal Claims

* * * * * *

MOAB ASSOCIATES LIMITED PARTNERSHIP *

Plaintiff, * No.06-339C

v. * Filed: June 22, 2006

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

The parties' joint motion to stay proceedings until 14 days after the conclusion of ADR is GRANTED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge